**[J-77-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| AUTUMN WILLIAMS, ABRAHAM DARAMAY, AND JONATHAN MARK DANIELS, | : No. 25 WAP 2024 |
| | : |
| | : Appeal from the order of the |
| | : Commonwealth Court at No. 394 |
| Appellants | : MD 2024 dated August 23, 2024 |
| | : |
| | : SUBMITTED: September 3, 2024 |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, | : |
| | : |
| | : |
| | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of September, 2024, the order of the Commonwealth Court is **AFFIRMED** consistent with this Court's per curiam decision in *James N. Clymer and Steven E. Sylvester as Constitution Party Candidates for President and Vice President of the United States v. Al Schmidt* (No. 67 MAP 2024, filed September 13, 2024).